**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| STEVE ALAN MAHONEY, | No. 11-35321 |
| Plaintiff - Appellant, | D.C. No. 3:10-cv-05238-BHS |
| v. | |
| PIERCE COUNTY JAIL; et al., | MEMORANDUM[*] |
| Defendants - Appellees. | |

Appeal from the United States District Court
for the Western District of Washington
Benjamin H. Settle, District Judge, Presiding

Submitted June 26, 2012[**]

Before:    SCHROEDER, HAWKINS, and GOULD, Circuit Judges.

Steve Alan Mahoney appeals pro se from the district court's judgment

dismissing his 42 U.S.C. § 1983 action alleging deliberate indifference to his

health while he was a pretrial detainee at the Pierce County Jail.  We have

---

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

jurisdiction under 28 U.S.C. § 1291. We review de novo the district court's dismissal for failure to exhaust administrative remedies under the Prison Litigation Reform Act, 42 U.S.C. § 1997e(a), and for clear error its factual determinations. *Wyatt v. Terhune*, 315 F.3d 1108, 1117 (9th Cir. 2003). We affirm.

The district court properly dismissed the action because Mahoney did not timely exhaust his administrative grievance remedies. *See Woodford v. Ngo*, 548 U.S. 81, 93-95 (2006) (exhaustion is mandatory and must be done in a timely manner consistent with prison policies).

Mahoney's remaining contentions are unpersuasive.

Appellee's motion to strike portions of Mahoney's opening brief and appendix is denied.

**AFFIRMED.**